THE STATE OF FLORIDA on the relation of FRED H. DAVIS, Attorney General, AVON FLORIDA CITRUS CORPORATION, a Florida Corporation, PINE CREST LAKES COUNTRY CLUB, a Florida Corporation, PINE CREST LAKES COMPANY, a Florida Corporation, AVON MANUFACTURING COMPANY, a Florida Corporation, JOHN HENRY SMITH, NORTON T. SMITH, HENRY L. MEADE, et als., *Co-relators*, vs. CITY OF AVON PARK, a municipal corporation of Florida, *Respondent.*

139 So. 899.

En Banc.

Order entered March 2, 1932.

*Fred H. Davis,* Attorney General, *Henderson & Franklin, Walker & Willson,* and *Mabry, Reaves & White,* for Relators;

*S. Colquitt Pardee,* for Respondent.

*Giles & Gurney,* as amici curiae.

PER CURIAM.—This cause having heretofore been submitted upon the demurrer of the respondent to the information filed in said cause and the co-relators' motion to strike certain portions of the respondent's answer and the demurrer of co-relators to certain portions of the respondent's answer and co-relators' demurrer to respondent's answer as a whole;

It is considered, ordered and adjudged by the court that the said demurrer of the respondent to the information filed in this cause be and the same is hereby overruled; and the said motion to strike and said demurrers filed by co-relators to portions of the answer, and to the answers as a whole, be and they are hereby set down for oral argument before this court on the....day of....... A. D. 1932.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL AND BROWN, J.J., concur.